589 A.2d 1353

## IN THE MATTER OF ANTHONY W. HARRIS, AN ATTORNEY AT LAW.

May 22, 1991.

### ORDER TO SHOW CAUSE

The Office of Attorney having petitioned the Court pursuant to *Rule* 1:20-5(b) for the immediate temporary suspension of ANTHONY W. HARRIS of NEWARK, who was admitted to the bar of this State in 1984, and good cause appearing;

It is ORDERED that ANTHONY W. HARRIS show cause before this Court on Thursday, June 6, 1991, at 2:00 p.m., in the Supreme Court courtroom, Hughes Justice Complex, Trenton,

why he should not be suspended from the practice of law and otherwise sanctioned pending the disposition of ethics proceedings against him, and, further, why the Office of Attorney Ethics should not be directed to take such protective action as may be appropriate pursuant to *Rule* 1:20–11(c); and it is further

ORDERED that David E. Johnson, Jr., Esquire, or his designee, present this matter to the Court.